IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR349 |
| | ) | |
| v. | ) | |
| | ) | |
| JUAN C. POLANCO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion of Kellie Paris Asaka to withdraw as counsel for defendant. The Court finds said motion should be granted. Accordingly,

IT IS ORDERED:

1) The motion is granted; Kellie Paris Asaka is deemed withdrawn as counsel.

2) The Federal Public Defender shall appoint counsel to represent defendant for the sentencing phase of this matter.

DATED this 7th day of April, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court