UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR349 |
| | ) | |
| v. | ) | |
| | ) | |
| PABLO MARTINEZ-VENEGAS, | ) | FINAL ORDER OF |
| | ) | FORFEITURE |
| Defendant. | ) | |
| _____ | ) | |

       This matter is before the Court upon the United States' Motion for Final Order of Forfeiture (Filing No. 70).  The Court has reviewed the record in this case and finds as follows:

       1.  On June 9, 2008, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Sections 841(a)(1), 841(b)(1), 853, Title 18, United States Code, Section 922(g)(5), 924(d) and Title 28, United States Code, Section 2461(c), based upon the defendant's plea of guilty to Count I, II, III and IV of the Indictment filed herein.  By way of said Preliminary Order of Forfeiture, the defendant's interest in $2,062.00 in United States Currency and a Smith and Wesson Model 659 semi-automatic 9mm handgun, serial number TAR8380, were forfeited to the United States.

       2.  On June 26, July 3 and 10, 2008, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the properties in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the validity of their alleged legal interest(s) in said properties.  An Affidavit of Publication was filed herein on August 8, 2008 (Filing No. 69).

3.  The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4.  Plaintiff's Motion for Final Order of Forfeiture should be sustained. Accordingly,

IT IS ORDERED:

A.  Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B.  All right, title and interest in and to the $2,062.00 in United States Currency and a Smith and Wesson Model 659 semi-automatic 9mm handgun, serial number TAR8380, held by any person or entity, are hereby forever barred and foreclosed.

C.  The $2,062.00 in United States Currency and a Smith and Wesson Model 659 semi-automatic 9mm handgun, serial number TAR8380, be, and the same hereby are, forfeited to the United States of America .

D.  The United States Marshal for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 11th day of August, 2008.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court